IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01798-WDM-MEH

ERICA CORDER,

    Plaintiff(s),

v.

LEWIS PALMER SCHOOL DISTRICT NO. 38

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's motion to withdraw jury demand is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated: October 18, 2007

                                        s/ Jane Trexler, Judicial Assistant