IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01798-WDM-MEH

ERICA CORDER,

    Plaintiff,

v.

LEWIS PALMER SCHOOL DISTRICT NO. 38,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to withdraw demand for trial by jury is granted.

Dated:  October 23, 2007

                                            s/ Jane Trexler, Judicial Assistant