IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01798-WDM-MEH

ERICA CORDER,

    Plaintiff,

v.

LEWIS PALMER SCHOOL DISTRICT, #38,

    Defendant.

## NOTICE OF DISCLOSURE

**Michael E. Hegarty, United States Magistrate Judge**.

    After the Scheduling Conference in this case, the undersigned was reminded that he made a donation of $25.00 to the organization, Liberty Counsel, prior to the filing of this lawsuit. The undersigned does not believe that this affects his ability to act impartially in this matter, particularly considering the limited role of a magistrate judge. However, to protect the rights and interests of the parties, based upon this disclosure, the parties shall have up to and including November 30, 2007, to file any motion pursuant to 28 U.S.C. § 455.

    Dated this 31st day of October, 2007 in Denver, Colorado.

                                            BY THE COURT

                                            s/Michael E. Hegarty
                                            Michael E. Hegarty
                                            United States Magistrate Judge