IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01798-WDM-MEH

ERICA CORDER,

    Plaintiff,

v.

LEWIS PALMER SCHOOL DISTRICT, #38,

    Defendant.

## ORDER OF RECUSAL

The undersigned judicial officer disclosed to the parties that prior to the filing of this case, he made a donation of $25.00 to Liberty Counsel, plaintiff's counsel in this action. The undersigned invited the parties to file any motion they believed was appropriate in light of this fact. Defendant has filed a motion to recuse the undersigned judicial officer [Docket #16]. It is clear to the undersigned that neither the donation, nor the purpose therefor, would in any way impede this judicial officer's neutrality or actual effectiveness in this case, particularly in light of the limited role that a United States Magistrate Judge plays in civil litigation, especially in affecting decisions on the ultimate merit of the claims. However, Defendant's motion is tasteful and accurate. It is not actual bias or prejudice that governs this decision, but the likelihood of perception. *See* 28 U.S.C. § 455. Defendant has made a good faith allegation that such perception on the part of its constituency might be affected negatively toward the federal judiciary. The Court will not question Defendant's representation. For that reason, the undersigned judicial officer respectfully recuses himself from this case. Defendant's Motion for Recusal [Filed November 30, 2007; Docket #16] is **granted**. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate

Judge.

It is FURTHER ORDERED that the Settlement Conference scheduled for January 7, 2008, is **vacated**.

Dated this 4th day of January, 2008 in Denver, Colorado.

BY THE COURT

  s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge