IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01798-WDM-MJW

ERICA CORDER,

Plaintiff(s),

v.

LEWIS PALMER SCHOOL DISTRICT, #38,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Defendant's Motion to Compel (docket no. 26) is GRANTED. The parties shall meet and confer within five (5) days from the date of this Minute Order and clear a date and time for Plaintiff's deposition. Plaintiff's deposition shall take place in Colorado noting that Plaintiff filed this lawsuit in Colorado. The parties shall provide this court with notice of when such deposition is set with ten (10) from the date of this Minute Order. If the parties cannot agree on a date and time for Plaintiff's deposition then Plaintiff's deposition shall take place on Friday, March 28, 2008, at 8:00 a.m. at the Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, Courtroom A-502, Denver, Colorado 80294. Failure by Plaintiff to appear for her deposition may result in sanctions being issued by the court. Each party shall pay their own attorney fees in costs for this motion.

Date: March 4, 2008