IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01798-WDM-MJW

ERICA CORDER,

Plaintiff(s),

v.

LEWIS PALMER SCHOOL DISTRICT, #38,

Defendant(s).

MINUTE ORDER

    The Court, upon Joint Motion to Vacate and Reset Final Pretrial Conference (docket no. 36) and being otherwise advised in the premises, does hereby VACATE the Final Pretrial Conference set on **June 23, 2008, at 9:00 a.m.** and resets the Final Pretrial Conference in this matter to **July 30, 2008, at 8:30 a.m.** The parties shall submit the Final Pretrial Order in this matter no later than ten days prior to the Final Pretrial Conference.

Date: June 16, 2008